**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1497**

_____

In re:  TOTAL AUTO FINANCING LLC,

Debtor.

----------------------------------

ELSHAN BAYRAMOV,

Appellant,

v.

JOLENE E. WEE,

Trustee - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-02308-CMH-WEF)

_____

Submitted:  September 25, 2025                    Decided:  September 29, 2025

_____

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Elshan Bayramov, Appellant Pro Se.  Dylan Gillespie Trache, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Washington, D.C., for Trustee - Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elshan Bayramov appeals the district court's order affirming the bankruptcy court's order approving the sale of property of Total Auto Financing LLC's bankruptcy estate. In January 2025, the bankruptcy court denied Bayramov's motion for a stay as moot because the sale of the assets had already occurred. Absent a stay, the sale of the assets renders moot Bayramov's appeal from the order approving the sale. *See* 11 U.S.C. § 363(m); *In re Rare Earth Mins.*, 445 F.3d 359, 363 (4th Cir. 2006) (§ 363(m) "creates a rule of 'statutory mootness'" (citation omitted)). Accordingly, we dismiss this appeal as moot. *See Willemain v. Kivitz*, 764 F.2d 1019, 1024 (4th Cir. 1985) (holding that sale of property rendered pending appeal moot). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*